**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

JD 15 #1

| PLAINTIFF | COURT CASE NUMBER (not in court) 4:18-CV-01310 |
|---|---|
| DEFENDANT | TYPE OF PROCESS Partial release of funds |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  U. S. Marshals Service
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  333 Clay Street, Suite 3050, Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kristine Rollinson
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002

United States District Court
Southern District of Texas
FILED
MAY 3 0 2018
David J. Bradley, Clerk of Court

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please release $44,184.89 from Asset No. 18-DEA-636819 ($275,000.00) in accordance with the attached settlement agreement with Ainsley and Dustin Curry. Please send the money to the Smyser Kaplin & Veselka law firm trust account in accordance with their letter dated March 27, 2018.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713-567-9385 | DATE 4/3/18 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 4/20/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 5/17/18 | Time 10:10 ☒ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges including endeavors — | Forwarding Fee — | Total Charges 65.00 | Advance Deposits — | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

EXECUTED PER INSTRUCTIONS.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00