# WARRANT OF ARREST IN REM

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**Civil Docket No. 4:18-cv-1310**

**To the U.S. Marshal of the Southern District of Texas or any designated agent:**

**WHEREAS**, on July 16, 2018, an Amended Complaint for Forfeiture in Rem was filed in the United States District Court for the Southern District of Texas by RYAN K. PATRICK, United States Attorney for said district, seeking the forfeiture of the following property to the United States:

a) $4,524.50 seized from Bank of America account *1898;
b) $10,370.98 seized from JP Morgan Chase Bank account *2862;
c) $28,494.22 seized from Well Fargo Bank account *1067;
d) $230,815.11 seized from Wells Fargo Bank account *0957;
e) Northwest Mutual Investment Service account *3023;
f) Northwest Mutual Investment Service account *6772;
g) Northwest Mutual Investment Service account "CC Pharm";
h) Northwest Mutual Investment Service account *9134;
i) $3,670.00 from nine cashier's checks seized from residence in Houston, Texas
j) $345,424.09 in U.S. currency seized from residence in Houston, Texas

The property is in the custody of the U.S. Marshals Service.

**YOU ARE COMMANDED** to arrest the property described above and to detain it in your custody until further order of this Court. The United States shall give notice by publication through the internet at www.forfeiture.gov to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days of the filing of a claim. Note the execution below and return this warrant to the Court.

| CASE ASSIGNED TO: | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| JUDGE   ATLAS | HOUSTON, TEXAS |
| DATE: | CLERK:   Clerk of the Court |
|  | BY DEPUTY CLERK: |

**RETURN**

| DISTRICT: | DATE WARRANT EXECUTED |
|---|---|
| U.S. MARSHAL | BY DEPUTY MARSHAL |