# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-1310 |
| | § | |
| **$4,524.50 SEIZED FROM BANK OF** | § | |
| **AMERICA ACCOUNT *1898,** *et al.*, | § | |
| **Defendants.** | § | |

## CLAIMANT DUSTIN CURRY'S ORIGINAL ANSWER

COMES NOW, Dustin Curry ("Claimant"), by and through his undersigned counsel, and files this, his Original Answer to Plaintiff's Complaint for Forfeiture.

### I. Admissions and Denials

1.  Claimant admits this is a law suit brought by the United States to forfeit property as alleged in paragraph.

2.  Claimant admits paragraphs 2(a) through 2(f) are the defendant properties that were seized by the United States on or between November 15, 2017 through November 28, 2017. Claimant denies the allegations in paragraph 2(g). Claimants admits paragraph 2(h). Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 2(i) and 2(j), and therefore denies those allegations.

3. Claimant admits the allegations in the paragraph 3 titled "Jurisdiction and Venue."

4. Claimant admits that the references to statutes contained in the paragraph 4 titled "Statutory Basis for Forfeiture" are accurate, but denies that the statutes are applicable in this case.

5. Claimant admits the allegations contained in paragraph 5.

6. Claimant admits the allegations contained in paragraph 6.

7. Claimant denies the allegations in paragraph 7.

8. Claimant admits that he is the Operations Manager of CC Pharmacy, but Claimant denies the remainder of the allegations in paragraph 8.

9. Claimant denies the allegations in paragraph 9.

10. Claimant denies the allegations in paragraph 10.

11. Claimant denies the allegations contained in paragraph 11.

12. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and therefore denies those allegations.

13. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and therefore denies those allegations.

14. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and therefore denies those allegations.

15. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and therefore denies those allegations.

16. Claimant denies the allegations contained in paragraphs 16(1) through 16(7).

17. Claimant denies the allegations contained in paragraph 17.

18. Claimant denies the allegations contained in paragraph 18(a) – 18(h).

19. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and therefore denies those allegations.

20. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and therefore denies those allegations.

WHEREFORE, premises considered, Claimant prays that the Plaintiff take nothing, that the property identified in Claimant's Claim is returned to Claimant, and for such other relief as Claimant may be justly entitled.

        **RESPECTFULLY SUBMITTED,**

*/s/ James R. Alston*

_____

**JAMES ALSTON**
FBN: 30878
SBN: 00786974
3700 NORTH MAIN STREET
HOUSTON, TEXAS 77009
713.228.1400
713.869.8859 FAX
ALSTONLAW@ME.COM


*/s/ Carmen Roe*

_____

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
FBN: 588723
SBN: 24048773
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002
713.236.7755
WWW.CARMENROE.COM
CARMEN@CARMENROE.COM

ATTORNEYS FOR DUSTIN CURRY

4

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per Local Rule CV-5(a)(3) on this 21st day of August 2018**.**

*/s/ James R. Alston*
_____
**JAMES R. ALSTON**
