UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA,<br>Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-1310 |
| $4,524.50 SEIZED FROM BANK OF AMERICA ACCOUNT *1898, *et al.*,<br>Defendants. | § § § § | |

## CLAIM OF DUSTIN CURRY

Claimant asserts ownership of seized property by filing this Claim in the court where the above forfeiture action is pending.

Claimant identifies the property made the subject of this Claim as part of the property stated by the United States to have been seized in the Complaint, to wit:

$28,494.22 seized from Dustin Curry's Wells Fargo Bank account *1067;

$230,815.11 seized from Dustin Curry's Wells Fargo Bank account *0957;

Northwest Mutual Investment Service account *3023;

Northwest Mutual Investment Service account *6772;

Northwest Mutual Investment Service account *9134;

Claimant identifies the Claimant as Dustin Curry, individually.

Dustin Curry identifies himself as the owner of the property.

Claimant states that the property was obtained through legitimate sources of income or assets.

1

RESPECTFULLY SUBMITTED,

/s/ James R. Alston

**JAMES ALSTON**
FBN: 30878
SBN: 00786974
3700 NORTH MAIN STREET
HOUSTON, TEXAS 77009
713.228.1400
713.869.8859 FAX
ALSTONLAW@ME.COM

/s/ Carmen Roe

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
FBN: 588723
SBN: 24048773
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002
713.236.7755
WWW.CARMENROE.COM
CARMEN@CARMENROE.COM

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per Local Rule CV-5(a)(3) on this 21st day of August 2018.

/s/ James R. Alston

**JAMES R. ALSTON**

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths personally came Dustin Curry who after first being duly sworn says that he, as Claimant, has fully reviewed this Claim and that the facts stated in the Claim are correct to the best of his knowledge and belief.

DUSTIN CURRY

SUBSCRIBED AND SWORN TO before me this 21st day of August 2018.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

STEPHANIE ERAZO ZELAYA
Notary Public, State of Texas
Comm. Expires 06-07-2022
Notary ID 129784376

My commission expires:

06-07-2022

3