United States District Court
Southern District of Texas
**ENTERED**
August 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-1310 |
| | § | |
| $4,524.50 SEIZED FROM BANK OF, | § | |
| AMERICA Account * 1989, *et al.*, | § | |
| Defendants. | § | |

## ORDER

The Court has received the parties' Agreed Motion for Stay (the "Motion") [Doc. # 12]. It is hereby

**ORDERED** that the Motion [Doc. # 12] is **GRANTED** and that this case is **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of the related criminal case. It is further

**ORDERED** that the parties shall file with the Court a status report every ninety (90) days regarding the progress of the related criminal case.

SIGNED at Houston, Texas, this  22nd  day of **August, 2018.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE