UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>VS.<br><br>$4,524.50 SEIZED FROM BANK OF<br>AMERICA ACCOUNT *1898, *et al.*,<br>　　　　　Defendants. | § § § § § § § § § | CIVIL ACTION NO. 4:18-cv-1310 |

**CLAIMANT FRAISEL HUGHEY'S ORIGINAL ANSWER**

COMES NOW, FRASIEL HUGHEY, Claimant, by and through his undersigned counsel, David Finn, and files this Original Answer to Plaintiff's Complaint or Forfeiture.

**I.　　Admissions and Denials**

1.　Claimant admits this is a lawsuit brought by the United States to forfeit property as alleged in paragraph 1.

2. Claimant admits paragraphs 2(i) and 2(j) as being property belonging to Mr. Hughey and that property was seized by the United States. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 2(a) through 2(h).

3.　Claimant admits the allegations in paragraph 3, "Jurisdiction and Venue."

4.　Claimant admits that the referenced statutes contained in the paragraph 4, titled "Statutory Basis for Forfeiture," are accurate, but denies that the statues are applicable to this case.

5. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 – 11 and therefore denies those allegations.

6. Claimant asserts his Fifth Amendment Right as to paragraphs 12-15.

7. Claimant is without knowledge or information sufficient to form a belief as to the truth and allegations in paragraph 16-17.

8. Claimant is without knowledge or information sufficient to form a belief as to the truth and allegations in paragraph 18.

9. Claimant asserts his Fifth Amendment Right as to paragraphs 19 and 20.

Respectfully submitted,

David Finn
SBOT# 07026900

**MILNER FINN PRICE**
2828 N. Harwood Street
Suite 1950
Dallas, Texas 75201
(214) 651-1121
(214) 953-1366-FAX
judgefinn@davidfinn.com
ATTORNEY FOR HUGHEY

## Certificate of Service

I, David Finn, hereby certify a true and correct copy of the foregoing Claimant Fraisel Hughey's Original Answer was forwarded to United States Attorney's Office via ECF on this the 13th day of September, 2018.

_____
DAVID FINN