UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>v.<br><br>$4,524.50 SEIZED FROM BANK OF AMERICA ACCOUNT *1898, *et al.*,<br>　　　　Defendants. | §<br>§<br>§　CIVIL ACTION NO. 4:18-cv-1310<br>§<br>§<br>§<br>§ |

## UNITED STATES NINTH STATUS REPORT

The Court previously stayed this civil forfeiture case because civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case. Order to Stay (Doc. #16). The Court further ordered the United States to submit a status report every 90 days.

The United States submitted its First Status Report on November 19, 2018 (Doc. #19) and every 90 days thereafter. The United States most recently submitted its Eighth Status Report on July 31, 2020 (Doc. #26).

The related criminal case pending before U.S. District Judge Sim Lake in Criminal Case No. H-18-CR-339, which includes forfeiture allegations against the Defendant Properties named in this civil case, remains pending. The trial date was continued in September 2020, and trial is now set for December 14, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　RYAN K. PATRICK
　　　　　　　　　　　　　　　　　　　United States Attorney

1

By:   s/ *Abe Martinez*
Abe Martinez
Assistant United States Attorney
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9349
Email: abe.martinez@usdoj.gov

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on all counsel via electronic court filing on October 29, 2020.

  s/ *Abe Martinez*
Abe Martinez
Assistant United States Attorney

2