UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Civil Action No. <u>4:18-CV-01310</u> |
| | § | |
| $4,524.50 SEIZED FROM BANK OF | § | |
| AMERICA ACCOUNT 1898 | § | |
| and | § | |
| $10,370.98 SEIZED FROM JP MORGAN | § | |
| CHASE BANK ACCOUNT 2862 | § | |
| and | § | |
| $28,494.22 SEIZED FROM WELLS | § | |
| FARGO ACCOUNT 1067, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

The United States of America, by and through its undersigned counsel, hereby files this

Notice of Attorney Appearance, designating Devon Helfmeyer, Trial Attorney, United States

Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in

this matter.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By:  */s/ Devon Helfmeyer*
　　 Devon Helfmeyer
　　 Trial Attorney
　　 United States Department of Justice
　　 Criminal Division, Fraud Section
　　 1000 Louisiana Street, Suite 2300
　　 Houston, Texas 77002
　　 (713) 567-9513
　　 Devon.Helfmeyer@usdoj.gov

Date: March 22, 2021