UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff § <br> v. § <br> § <br> $4,524.50 SEIZED FROM BANK OF § <br> AMERICA ACCOUNT *1898, *et al.*, § <br> Defendants. § | CIVIL ACTION NO. 4:18-cv-1310 |

## **UNITED STATES' THIRTEENTH STATUS REPORT**

The Court previously stayed this civil forfeiture case because civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.  Order to Stay (Doc. No. 16).  The Court further ordered the United States to submit a status report every 90 days.

The United States submitted its First Status Report on November 19, 2018 (Doc. No. 19) and every 90 days thereafter. The United States most recently submitted its Twelfth Status Report on July 23, 2021 (Doc. No. 36).

The related criminal case pending before U.S. District Judge Sim Lake in Criminal Case No. H-18-CR-339, which includes forfeiture allegations against the Defendant Properties named in this civil case, remains pending.  In September 2021, one defendant pleaded guilty to conspiracy to unlawfully distribute and dispense controlled substances (Count One) pursuant to a sealed plea agreement.

At the motion hearing for continuance held in September 2021, the Court informed the parties that no further continuances in the case will be permitted, and instructed the parties to notify the court of any pleas by November 4, 2021. Contingent upon no plea settings, the projected trial date is planned for January 2022.

                                  Respectfully submitted,

                                  Jennifer B. Lowery
                                  Acting United States Attorney

By:   s/ Jon Muschenheim
        Jon Muschenheim
        Assistant United States Attorney
        Federal Bar No.:  9246
        State Bar No.:  14741650
        800 N. Shoreline Dr., Suite 500
        Corpus Christi, TX 78401
        Phone: (361) 888-3111
        Email: jon.muschenheim@usdoj.gov

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on all counsel via electronic court filing on October 22, 2021.

                                s/ Jon Muschenheim
                                Jon Muschenheim
                                Assistant U.S. Attorney